Order entered December 10, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00392-CR
No. 05-12-00393-CR
No. 05-12-00394-CR
No. 05-12-00395-CR
No. 05-12-00396-CR
No. 05-12-00397-CR
No. 05-12-00398-CR

## MARCUS ANTRAY THOMAS, Appellant

V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F06-65061-R, F06-65062-R, F06-65539-R,
F06-65970-R, F06-73553-R, F06-73554-R, F06-87892-R

## ORDER

The reporter's record was due in these cases on May 18, 2012. On June 5, 2012, the Clerk of the Court sent notice that the reporter's record was overdue. On July 10, 2012, the Court abated these appeals and ordered the trial court to make findings regarding why the reporter's record was not filed.

In an order entered on August 27, 2012, the Court adopted the trial court's findings that Yolanda Atkins is the court reporter who recorded the proceedings, that Atkins stated to the trial

court her notes are available and can be transcribed, and the record was late because she received late notice of the appeals and she lost some of her equipment in an auto burglary. The Court's order noted that Atkins had transmitted a one-volume reporter's record of the sentencing hearing in these appeals but she had not transmitted for filing a reporter's record of the plea hearing. The Court ordered Atkins to file the reporter's record of the January 8, 2008 plea hearing within fifteen days. To date, Atkins has not complied with the Court's August 27, 2012 order.

Accordingly, we **ORDER** Court Reporter Yolanda Atkins to file the record of the January 8, 2008 plea hearing on or before **December 31, 2012**. If Yolanda Atkins does not file the record by the date specified, we will order that she not sit as a court reporter until the record is filed in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Yolanda Atkins, and to counsel for all parties.

LANA MYERS
JUSTICE